AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Entercom Boston LLC  V. Taste-Boston & Maura Downes

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 11410 NMG**

TO: (Name and address of Defendant)

| | Ms. Maura Downes | |
| --- | --- | --- |
| 96 West Cedar Street | Taste-Boston | 17 Bowdoin Street |
| Boston, MA 02114-3352 | 286 Cambridge Street | Suite 2A |
| | Boston, MA 02114 | Boston, MA 02114 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne C. Pareti, Esq.
Howard J. Susser, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   JUL -6 2005

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 13, 2005 |
| NAME OF SERVER   BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:
   17 Bowdoin Street, Suite 2A, Boston                    , MASSACHUSETTS

[ ] Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
   _____

Said service was made at: _____ , MASSACHUSETTS

[ ] Other:   By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named _____
   Said service was made at:
   _____ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE  $ | 100.00 | 2 | Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 13, 2005                    *Burton M Malkofsky*
                   Date                         Signature of Server

                                                One Devonshire Place, Boston, Massachusetts
                                                Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE  2  ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 7/13/05 | 3:25-3:45p.m. | No service at 17 Bowdoin St., Boston, Ma. - Said address is a 12-unit residential bldg., Downes, Ste. 2A is listed by the bells and Maura Downes, Ste. 2A is listed on the inside mailbox and there was no answer at Ste. 2A at time of said attempt....After contacting your Office Process Server was instructed to attempt service later today...    Trip - $ 40.00    Investigation/Wait for instructions - $ 20.00    Total $ | 60.00 |
| 7/13/05 | 6:50p.m. | In Hand Service at 17 Bowdoin St., Ste. 2A, Boston, Ma............................................ $ | 40.00 |
| | | TOTAL    $ | 100.00 |

Also served:
- Civil Cover Sheet
- Report on the Filing or Determination of An Action Regarding a Patent or Trademark
- Category Form

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**      **Boston, MA 02109**            Fax #        (617) 720-5737