UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENTERCOM BOSTON, LLC,

    Plaintiff,

v.

TASTE-BOSTON & MAURA DOWNES,

    Defendant.

Civil Action No. 05-11410 NMG

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff Entercom Boston, LLC ("Entercom") states that it is wholly owned by Entercom Radio, LLC, which is wholly owned by Entercom Communications Corporation, a publicly held corporation. Entercom further states that no publicly held company owns 10% or more of Entercom's stock.

Respectfully submitted,

**ENTERCOM BOSTON, LLC**
By its attorneys,

_/s/ Anne Pareti_
Howard J. Susser (BBO # 636183)
Anne C. Pareti (BBO # 660496)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

J:\Docs\26950\00001\00943840.DOC