UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENTERCOM BOSTON, LLC,

          Plaintiff,

    v.                        Civil Action No:  05:11410-NMG

TASTE-BOSTON & MAURA DOWNES,

          Defendants.

## ASSENTED-TO MOTION TO POSTPONE SCHEDULING CONFERENCE

Plaintiff Entercom Boston, LLC ("Entercom") respectfully moves the Court to indefinitely postpone the Scheduling Conference now set for January 4, 2006, thereby suspending the parties' Local Rule 16.1 obligations.

As grounds for this motion, Entercom states:

1. On December 5, 2005, counsel of record for Defendants filed a motion to withdraw. That motion was unopposed by Entercom, and stated that Defendant Ms. Maura Downes, principal of co-Defendant Taste-Boston, intended to contact the plaintiff directly to settle the matter and instructed her counsel to take no further action;

2. Ms. Downes did shortly thereafter contact counsel for Entercom, Ms. Carmel Masi, Esq., and they reached a verbal settlement of this action pursuant to which the parties will be shortly filing a mutually satisfactory dismissal pleading;

3. Ms. Downes assented to the filing of this motion (Local Rule 7.1); and

4. Since the motion for withdrawal by Defendants' counsel is still pending, the undersigned further attempted to confer with Defendants' former counsel regarding this motion, but said counsel did not return the telephone call.

For the foregoing reasons, Entercom respectfully requests that the Court postpone the Scheduling Conference.

Dated: December 27, 2005              **ENTERCOM BOSTON LLC**

                                      By its Attorneys,

                                      BURNS & LEVINSON LLP


                                      By:____/Howard  Susser/_____
                                           Howard J. Susser (BBO # 636183)
                                           Anne C. Pareti (BBO# 660496)
                                           Burns & Levinson LLP
                                           125 Summer Street
                                           Boston, MA  02110
                                           (617) 345-3000



**CERTIFICATE OF SERVICE**


The undersigned certifies that the attached pleading was served on defendant by email and deposit in an overnight mail service.


Date December 27, 2005

                   ___/Howard Susser/ _____
                         Howard Susser